WWR# 041965061

# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Martha J Credille<br>                       Debtor<br>Sun East Federal Credit Union<br>                       Movant | CASE NO. 25-11078-djb<br>CHAPTER 13<br><br>Related to Document No.: 34 |

## STIPULATION RESOLVING MOTION FOR RELIEF FROM AUTOMATIC STAY

Now come the undersigned parties upon the Motion of Sun East Federal Credit Union for Relief from Automatic Stay and Relief from Co-Debtor Stay and the Response by Debtor, and stipulate to the following terms:

Sun East Federal Credit Union, Movant herein, is a creditor of the estate by virtue of a Home Equity Line of Credit and Mortgage (the "Mortgage") on a certain residence owned and/or occupied by the Debtor and Co-Debtor known as 2107 Euclid Avenue, Upper Chichester, PA 19061, that the Movant has not been adequately protected and that Movant is entitled to the relief prayed for in accordance with the terms set forth herein.

The parties agree that the post-petition arrears of $4,421.04 — consisting of $3,597.04 in arrears, $625.00 in attorney's fees, and $199.00 in costs — shall be through a supplemental claim. Sun East Federal Credit Union will file a supplemental claim and the Debtor will file an amended plan within 30 days of the date this stipulation is granted to address said supplemental claim.

It is further stipulated that said relief shall be stayed so long as the Debtor makes each and every payment in a timely and complete manner beginning with the 12/15/2025 payment, which must be paid in full in the amount of $449.63 to Movant on or before 12/15/2025. Regular payments are due to Movant on or before the 15th day of each month. Should the Debtor default in any payment and/or fail to file an amended plan, notice will be sent to Debtor's counsel advising of said default notice. If the default is not cured within 10 days as of the date of the notice, Movant's counsel shall file a Certificate of Default with the Court and a proposed Order requesting final relief from the automatic stay. Movant shall only be required to notify Debtor's counsel of one default. Any Certificate of Default filed with the Court shall indicate that Creditor's counsel has confirmed that no payments have been made to Sun East Federal Credit Union and/or an amended plan was not filed.

| | | |
|---|---|---|
| | | No Objection - Without Prejudice to Any Trustee Rights or Remedies |
| /s/ Milos Gvozdenovic | /s/ Brad J. Sadek | /s/ LeeAne O. Huggins |
| Attorney for Movant<br>Milos Gvozdenovic<br>Weltman, Weinberg & Reis, Co. L.P.A.<br>5990 West Creek Rd., Suite 200<br>Independence, OH 44131<br>216-739-5647<br>mgvozdenovic@weltman.com | Attorney For Debtor<br>Brad J. Sadek<br>1500 John F Kennedy Blvd, Ste 200<br>Philadelphia, PA 19102<br>(215) 545-0008<br>brad@sadeklaw.com | Attorney for Chapter 13 Trustee<br>Kenneth E. West<br>190 N Independence Mall W<br>Ste 701,<br>Philadelphia, PA 19106<br>(215) 627-1377<br>ecfemails@ph13trustee.com |